IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. B-04-421-01 |
| | § | |
| HECTOR ARIEL BELMARES-HERNANDEZ | § | |

## ORDER

The defendant has written this court twice complaining of various factors that have occurred to him with respect to the revocation of his state probation. To the extent one can interpret these letters as a request to run his federal time concurrent with that given in the 197th District Court of Cameron County, Texas in Cause No. 02-CR-901-C, that request is denied.

To the extent that the defendant intended to address his complaints to the state court in which the conviction that seems to be the primary object of both letters was entered, the defendant is hereby notified that the address of Cameron County District Clerk's Office is 974 E. Harrison, Brownsville, Texas 78520.

Signed this 15th day of April, 2005.

Andrew S. Hanen
United States District Judge